UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Cassey Addair v. Bayer Corporation, et al.* | No. 11-cv-11951-DRH |
| *Marci Benigno v. Bayer Corporation, et al.* | No. 11-cv-12697-DRH |
| *Katie Bohannon v. Bayer Corporation, et al.* | No. 10-cv-10595-DRH |
| *Anita Ferguson v. Bayer Corporation, et al.* | No. 12-cv-11389-DRH |
| *Jessica Frix v. Bayer Corporation, et al.* | No. 10-cv-11495-DRH |
| *Joanne Hart v. Bayer Corporation, et al.* | No. 10-cv-12630-DRH |
| *Shannon Hatch v. Bayer Corporation, et al.* | No. 12-cv-10178-DRH |
| *Amy Heidenreich v. Bayer Corporation, et al.* | No. 10-cv-10629-DRH |
| *Monica Hull v. Bayer Corporation, et al.* | No. 10-cv-13796-DRH |
| *Julie Johnson v. Bayer Corporation, et al.* | No. 11-cv-12020-DRH |
| *Robin Jones v. Bayer Corporation, et al.* | No. 11-cv-13006-DRH |
| *Katherine Lage v. Bayer Corporation, et al.* | No. 12-cv-11659-DRH |
| *Patricia Lanman v. Bayer Corporation, et al.* | No. 10-cv-10537-DRH |
| *Kim Meijs v. Bayer Corporation, et al.* | No. 10-cv-12540-DRH |
| *Sandra Musiak v. Bayer Corporation, et al.* | No. 11-cv-13003-DRH |
| *Peggy O'Donnell v. Bayer Corporation, et al.* | No. 10-cv-12624-DRH |
| *Jenna Saylor v. Bayer Corporation, et al.* | No. 10-cv-12536-DRH |

*Clare Tenpenny v. Bayer Corporation, et al.*   No. 10-cv-12535-DRH

*Kim Worrell v. Bayer Corporation, et al.*   No. 11-cv-12696-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 7, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                              NANCY J. ROSENSTENGEL,
                                              CLERK OF COURT

                                              BY:   /s/*Caitlin Fischer*
                                                      **Deputy Clerk**

**Dated:**  May 8, 2014

Digitally signed by David R. Herndon
Date: 2014.05.08 14:41:55 -05'00'

**APPROVED:**
       **CHIEF JUDGE**
       **U. S. DISTRICT COURT**

2